IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREG GAMACHE,                      )
                                   )
    Plaintiff,                     )
                                   )       CIVIL ACTION NO.
    v.                             )         2:11cv167-MHT
                                   )             (WO)
FEDERAL BUREAU OF                  )
INVESTIGATION and FEDERAL          )
COMMUNICATIONS COMMISSION,         )
                                   )
    Defendants.                    )
```

OPINION

Plaintiff Greg Gamache, proceeding pro se, has sued the Federal Bureau of Investigation and the Federal Communications Commission, claiming that they failed to investigate claims that unknown "others are using electronic weapons" which cause injury to a large number of victims by emitting a harmful frequency that travels through walls and buildings.  By order entered on April 1, 2011, the magistrate judge entered an order denying Gamache's motion to proceed informa pauperis because his motion did not include an affidavit sworn to under oath

or a declaration under penalty of perjury as required to demonstrate that he is eligible to proceed without prepayment of fees.  The magistrate judge further advised Gamache that, if he failed either to pay the filing fee or to renew his motion with the supporting affidavit or declaration on or before April 12, 2011, this lawsuit would be dismissed.  Because Gamache has failed to heed this advice, this lawsuit will be dismissed, albeit without prejudice.

    An appropriate judgment will be entered.

    DONE, this the 16th day of May, 2011.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE