IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREG GAMACHE,                      )
                                   )
    Plaintiff,                     )
                                   )      CIVIL ACTION NO.
    v.                             )        2:11cv167-MHT
                                   )            (WO)
FEDERAL BUREAU OF                  )
INVESTIGATION and FEDERAL          )
COMMUNICATIONS COMMISSION,         )
                                   )
    Defendants.                    )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that costs are taxed against plaintiff Greg Gamache, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 16th day of May, 2011.**

                                                     <u>/s/ Myron H. Thompson</u>
                                             **UNITED STATES DISTRICT JUDGE**